NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ALLOY PIPING PRODUCTS, INC.,
FLOWLINE DIVISION OF MARKOVITZ
ENTERPRISES, INC., GERLIN, INC.,
and TAYLOR FORGE STAINLESS, INC.,
*Plaintiffs,*

v.

UNITED STATES,
*Defendant-Appellee,*

v.

TA CHEN STAINLESS STEEL PIPE CO., LTD.,
*Defendant-Appellant.*

---

2010-1288

---

Appeal from the United States Court of International Trade in consolidated case nos. 08-CV-0027 and 08-CV-0031, Judge Judith M. Barzilay.

---

## ON MOTION

---

## ORDER

We construe the May 11, 2010 letter submitted by counsel as a motion to reform the caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

**MAY 2 5 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jeffrey S. Beckington, Esq.
     Peter J. Koenig, Esq.
     Stephen C. Tosini, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 2 5 2010**

**JAN HORBALY**
**CLERK**